IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT SHIPPMAN,

    Petitioner,        No. CIV S-11-0561 GGH P

    vs.

K. DICKINSON,

    Respondent.        FINDINGS & RECOMMENDATIONS

_____/

        By order filed March 21, 2011, petitioner's application was dismissed and thirty days' leave to file an amended application was granted. The thirty day period has now expired, and petitioner has not filed an amended application or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY ORDERED that the Clerk shall assign a district judge to this case.

        IT IS HEREBY RECOMMENDED that this action be dismissed. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's

1  Findings and Recommendations." Any response to the objections shall be filed and served
2  within fourteen days after service of the objections. Petitioner is advised that failure to file
3  objections within the specified time may waive the right to appeal the District Court's order.
4  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).
5  DATED: June 14, 2011
6
7                                           /s/ Gregory G. Hollows
                                             _____
                                             UNITED STATES MAGISTRATE JUDGE
8  ship0561.ftahab